Jon D. Universal, SBN 141255
juniversal@uswlaw.com
James P. Mayo, SBN 169897
jmayo@uswlaw.com
Nejla Nassirian, SBN 308730
nnassirian@uswlaw.com
firm@uswlaw.com
**UNIVERSAL & SHANNON, LLP**
2240 Douglas Blvd., Suite 290
Roseville, CA 95661

Attorneys for Defendant **FCA US LLC**

Kevin Y. Jacobson, SBN 320532
kjacobson@quillarrowlaw.com
Sarah E. Pfeffer, SBN 331166
spfeffer@quillarrowlaw.com
e-service@quillarrowlaw.com
**QUILL & ARROW, LLP**
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiffs,
**ROBERT R. STAFFORD** and **DONNA N. STAFFORD**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. STAFFORD, an individual, and DONNA N. STAFFORD, an individual,<br><br>          Plaintiffs,<br><br>     vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.:  2:21−CV−00047−WBS−AC<br><br>(Removed from Placer County Superior Court, Case No.: S-CV-0045871)<br><br>*Assigned to the Hon. William B. Shubb*<br><br>**STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES** |

1

Plaintiffs ROBERT R. STAFFORD and DONNA N. STAFFORD ("Plaintiffs"), and Defendant FCA US LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to complete fact and expert discovery and related dates.

WHEREAS, the Parties further met and conferred pursuant to FRCP Rule 26(f) on April 22, 2021, to consider the nature and bases of the claims and defenses, the possibilities for promptly settling or resolving the case, and discussing the status of discovery, and developing a reasonable discovery plan with the goal of continuing settlement discussions;

WHEREAS, pursuant to the Court's Initial Pretrial Scheduling Order, the date for completion of all fact discovery by the Parties is currently April 11, 2022;

WHEREAS, the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) were due on March 1, 2022;

WHEREAS, the Parties' Rebuttal Expert Witness Disclosures were due on March 28, 2022;

WHEREAS, the Parties are to currently file any dispositive motion by May 23, 2022;

WHEREAS, in light of the COVID-19 pandemic and the unavailability of witnesses for depositions and experts for in-person vehicle inspections, the Parties have been unable to arrange for the depositions of Defendant's Person(s) Most Knowledgeable and third-party dealership personnel, which remain to be completed, along with Plaintiffs' depositions and the vehicle inspection;

WHEREAS, the Parties have mutually agreed that extending the completion date for fact and expert discovery until a date sufficiently after these depositions and the vehicle inspection has occurred will allow the Parties additional opportunities to discuss settlement and to avoid potentially unnecessary

STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES

litigation costs;

WHEREAS, a trial date has been set in the case for September 20, 2022, and a Final Pretrial Conference has been set for August 1, 2022;

NOW THEREFORE, the Parties agree and stipulate, subject to this Court's approval, that: (1) the date for completion of all fact discovery by the Parties currently set for April 11, 2022, shall be extended for 60 days until June 10, 2022; and (2) the date for the Parties to file any dispositive motions currently due May 23, 2022, shall be extended to June 22, 2022.

**IT IS SO STIPULATED.**

**DATED:** April 5, 2022                    **UNIVERSAL & SHANNON, LLP**

/s/ *James P. Mayo*
_____
JON D. UNIVERSAL, ESQ.
JAMES P. MAYO, ESQ.
Attorneys for Defendant, **FCA US LLC**

**DATED:** April 5, 2022                    **QUILL & ARROW, LLP**

_____
SARAH E. PFEFFER, ESQ.
KEVIN Y. JACOBSON, ESQ.
Attorneys for Plaintiffs,
**ROBERT R. STAFFORD** and
**DONNA N. STAFFORD**

STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY
DEADLINES

1

2
## **ORDER**

3      The Court, having considered the Parties' Stipulation, and good cause

4  appearing therein, orders the scheduling deadlines in this case be modified as

5  follows:

6           Fact Discovery Completion Deadline:  June 10, 2022;

7           Dispositive Motions:   June 22, 2022

8           Pretrial Conference is reset for **August 29, 2022 at 1:30 p..m.**

9           The Jury Trial is reset for **October 25, 2022 at 9:00 a.m.**

10

11      **IT IS SO ORDERED.**

12

13  Dated:  April 6, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY
DEADLINES