UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT R. STAFFORD, an individual, and DONNA N. STAFFORD, an individual,<br><br>    Plaintiffs,<br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No.: 2:21-cv-00047-WBS-AC<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  December 21, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE